# UNITED STATES DISTRICT COURT

EASTERN **District of** CALIFORNIA

| UNITED STATES | | **CONSENT ORDER GRANTING** |
|---|---|---|
| | Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | | |
| PAUL T. KINGSTON | | |
| | | CASE NUMBER: 3:24-po-00181-DMC |
| | Defendant (s), | |

Notice is hereby given that, subject to approval by the court, ____Paul T. Kingston____ substitutes
(Party (s) Name)

____Allison B. Margolin, Esq.____, State Bar No. ____222370____ as counsel of record in place
(Name of New Attorney)

place of  ____Paul T. Kingston (Pro Se)____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:       Allison B. Margolin, PLC
Address:         418 S Swall Drive, Beverly Hills, CA 90211
Telephone:       (310) 717-1159          Facsimile  (310) 919-0448
E-Mail (Optional): allison@allisonmargolin.com

I consent to the above substitution.                          Paul T. Kingston
Date:  10/15/2024                                             /s/ Paul T. Kingston
                                                              (Signature of Party (s))

I consent to being substituted.                               Paul T. Kingston
Date:  10/15/2024                                             /s/ Paul T. Kingston
                                                              (Signature of Former Attorney (s))

I consent to the above substitution.
Date:  10/15/2024                                             /s/ Allison Margolin
                                                              (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  15 October 2024                                        _[signature]_
                                                              Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**